UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**MIRZA Z. ALI**,

          Petitioner,

v.

**MARION FEATHER, Warden**,

          Respondent.

Case No. 3:12-CV-01800-KI

JUDGMENT

    Mirza Z. Ali, FRN 98962-011
    FCP-Sheridan
    P.O. Box 6000
    Sheridan, OR 97378

        Pro Se Petitioner

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Natalie Wight
Assistant United States Attorney
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Amended Petition for Writ of Habeas Corpus [7] is denied and this proceeding is dismissed with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. See 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this   23rd   day of September, 2013.

                                         /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge